

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case

Ellison v.
Aurora East School Dist 131, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Randal Ellison

08CV3695
JUDGE HART
MAGISTRATE JUDGE COX

| | |
|---|---|
| SIGNATURE  *John V. Liffo* (signature) | Jun 27, 2008 **FILED** JUN 2 7 2008 TC MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| FIRM  John V. Liffo | |
| STREET ADDRESS  100 N. Hale | |
| CITY/STATE/ZIP  Wheaton, Il 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  0956252 | TELEPHONE NUMBER  630-460-7979 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐